UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| 1280 MIDDLESEX STREET, LLC, ) | Case No. 22-40303-EDK |
| ) | |
| DEBTOR ) | |

### NOTICE OF INTENDED PRIVATE SALE OF ESTATE PROPERTY, DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS AND HEARING DATE

To Creditors and Parties in Interest:

Notice is hereby given, pursuant to 11 U.S.C. § 363, Fed.R.Bankr.P. 2002(a)(2) and 6004, and MLBR 2002-5 and 6004-1, that the Debtor intends to sell at private sale the Debtor's right, title and interest in certain property of the estate located at 1280 Middlesex Street and 6 Livingston Ave, Lowell, MA 01851 (the "Property").

The Debtor has received an offer to purchase the Property for the sum of Five Hundred Thirty Thousand and 00/100 Dollars ($530,000.00) (the "Purchase Price") from Leading Premium Properties Inc., a Massachusetts corporation having a principal address of 20 Almeria Circle, Westford, Massachusetts 01886 (the "Buyers"). The relationship of the proposed Buyer to the Debtor is no relationship other than a buyer and seller.

The Sale shall take place no earlier than on the date that is at least 14 days after the day on which the parties receive the Bankruptcy Court's Order granting the Debtor's Motion for Order Authorizing and Approving Private Sale of Property of the Estate filed contemporaneously with this Notice, unless the parties extend the date. The proposed buyer has paid a deposit in the sum of $27,500.00, which is being held in escrow by Debtor's counsel. The terms of the proposed sale are more particularly described in a Motion for Order Authorizing and Approving

Private Sale of Property of the Estate (the "Motion to Approve Sale") filed with the Court on herewith and a written purchase and sale agreement dated October 21, 2022. The Motion to Approve Sale and the purchase and sale agreement are available upon request from the undersigned.

The Property will be sold free and clear of all liens, claims and encumbrances. Any perfected, enforceable valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.

Any objections to the sale and/or higher offers shall be filed in writing with the Clerk, United States Bankruptcy Court at United States Bankruptcy Court Donohue Federal Building 595 Main Street, Room 311, Worcester, MA 01608 on or before ___11/28/2022___ at 4:00 PM (the "Objection Deadline"). A copy of any objection or higher offer also shall be served upon the undersigned. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed.R.Bankr.P. 9014.

Through this Notice, higher offers for the Property are hereby solicited and the Debtor requests that any qualifying Offer submitted must equal or exceed $556,500, which is five percent (5%) over the Sale Price, must be accompanied by a cash deposit in the amount of $28,000.00, and in the form of a certified or bank check made payable to the undersigned. Higher offers must be on the same terms and conditions provided in the Purchase and Sale Agreement, other than the purchase price.

A hearing on the Motion to Approve Sale, objections or higher offers is scheduled to take place on ___11/30/2022___ at ___2:30 PM___ before the Honorable Elizabeth D. Katz, United States Bankruptcy Judge, Courtroom 1, United States Bankruptcy Court Donohue Federal Building 595 Main Street, Room 311, Worcester, MA 01608. Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection will

2

be overruled or the higher offer stricken. If no objection to the Motion to Approve Sale or higher offer is timely filed, the Bankruptcy Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

At the hearing on the sale the Court may: 1) consider any requests to strike a higher offer, 2) determine further terms and conditions of the sale, 3) determine the requirements for further competitive bidding, and 4) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court, unless an extension has been granted. If the sale is not completed by the buyer approved by the Court, the Court, without further hearing, may approve the sale of the Property to the next highest bidder.

Any questions concerning the intended sale shall be addressed to the undersigned.

Respectfully submitted,

1280 MIDDLESEX STREET, LLC,
Debtor

By its attorney,

Date: _____, 2022       /s/ Richard A. Mestone
Richard A. Mestone (BBO# 642789)
MESTONE & ASSOCIATES LLC
435 Newbury Street, Suite 217
Danvers, MA 01923
Tel: (617) 381-6700
richard.mestone@mestoneassociatesllc.com

3